UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
Hwei-In Huang,                                          :
                                                        :
                        Plaintiff,                      :
                                                        :   ECF Case
        v.                                              :
                                                        :   07 Civ. 3377 (CM)
687 West 204th Street Corporation, 251 Seaman           :
Owners Corporation, and the United States               :
Internal Revenue Service,                               :
                                                        :
                        Defendants.                     :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

    I, Robert William Yalen, an Assistant United States Attorney for the Southern District of New York, hereby declare under penalty of perjury that on April 27, 2007, I caused a copy of the foregoing Notice of Removal, dated April 27, 2007, to be served, by Federal Express, on counsel for plaintiff and on the other parties to this matter at the following addresses:

    John F. McHugh, Esq.
    6 Water Street, Suite 401
    New York, NY 10004

    687 West 204th Street Corp.
    c/o GAM Holding Corp.
    P.O. Box 96
    Yonkers, NY 10710

    251 Seaman Owners Corp.
    c/o Robert E. Hill Inc.
    279 West 231st Street
    Bronx, NY 10463

Dated: New York, New York
       April 27, 2007

                                        ROBERT WILLIAM YALEN (RY-5861)
                                        Assistant United States Attorney