UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

Hwei-In Huang,

               Plaintiff(s),           07 Civ. 03377 (CM) (DFE)

 -against-                                  ORDER OF REFERENCE
                                                     TO A MAGISTRATE JUDGE

687 West 204th Street Corporation, et al.,

               Defendant(s).

_____X

The above entitled action is referred to the Honorable Douglas F. Eaton, United States Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

                                                         ____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

✓ Discovery Supervision                     ____ Social Security

____ Specific Non-Dispositive Motion/Dispute:*    ____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

                                                             Purpose:_____

____ Settlement*                            ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation

____ Inquest After Default/Damages Hearing

____ Habeas Corpus                            Particular Motion:_____

                                                             All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: 5/7/07
       New York, New York                 SO ORDERED

                                                             Hon. Colleen McMahon
                                                              United States District Judge