

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

May 2, 2007

**By Hand**
Hon. Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Re:  Huang v. 687 West 204th St. Corp., *et al.*,
     07 Civ. 3377 (CM)

Dear Judge McMahon:

   I am the Assistant United States Attorney principally responsible for representing defendant Internal Revenue Service ("IRS") in this tax lien matter recently removed by the IRS from the Supreme Court of the State of New York, New York County. I am enclosing a courtesy copy of the notice of removal, attached to which is the plaintiff's complaint.

   Although, as indicated in the notice of removal, the IRS has not properly been served with process in this matter, this Office is willing to waive service on the IRS as of today's date. Because this Office has only recently received the complaint and is still attempting to determine its position in this matter, however, I respectfully request that the Court allow the IRS forty-five days – until June 16, 2007 – to investigate this matter and respond to the complaint by answer or motion.

   I thank the Court for its consideration of this request. Plaintiff consents to the Government's request.

                                        Respectfully,

                                        MICHAEL J. GARCIA
                                        United States Attorney
                                        *Attorney for Defendant IRS*

                                   By:  _____
                                        ROBERT WILLIAM YALEN
                                        Assistant United States Attorney
                                        Tel. No.: (212) 637-2722
                                        Fax No.: (212) 637-2686

cc (w/o encl.):

    John F. McHugh, Esq. (by facsimile)
    *Attorney for Plaintiff*

    687 West 204th Street Corp. (by Express Mail)
    c/o GAM Holding Corp.
    P.O. Box 96
    Yonkers, NY 10710
    *Co-Defendant*

    251 Seaman Owners Corp. (by Federal Express)
    c/o Robert E. Hill Inc.
    279 West 231st Street
    Bronx, NY 10463
    *Co-Defendant*