# FINDER
# NOVICK
# KERRIGAN
# LLP

Attorneys at Law
315 Park Avenue South
19th Floor
New York, NY 10010
(212) 989-9100
Fax (212) 505-2839



USDC SDNY
DOCUMENT
EL...
D...
... 5/29/07

May 21, 2007

**Via Facsimile**

Hon. Colleen McHahon
United States District Judge
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

Re: **Huang v. 687 West 204th St. Corp., et al.**
**New York Supreme Court, New York County, Index 102277/07**
**U.S. District Court for Southern District of N.Y., No 07 Civ. 3377**

Dear Judge McHahon:

We are the attorneys for the defendants 687 West 204th Street Corporation (the "Co-Op") in the above referenced matter.

In light of plaintiff's allegations of discrimination, this matter has been referred to the Co-Op's insurance carrier for review of coverage and assignment of counsel. As such, it is respectfully requested that the Court allow the Co-Op sixty days to determine the Co-op's insurance coverage, to investigate the matter and to respond to the complaint by answer or motion.

Plaintiff consents to the within request. No previous request for an extension or adjournment has been submitted by the Co-Op.

The Court's consideration of this request is appreciated.

Respectfully yours,

Michael R. Finder

cc:    John F. McHugh, Esq.
*Attorney for Plaintiff*

Michael J. Garcia, United States Attorney
By, Robert William Yalen
*Attorney for Defendant I.R.S.*

251 Seaman Owners Corp.
c/o Robert E. Hill, Inc.
279 West 231st Street
Bronx, New York 10463
*Defendant*