UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
Hwei-In Huang,

          Plaintiff,

    v.

687 West 204th Street Corporation, 251 Seaman
Owners Corporation, and the United States
Internal Revenue Service,

          Defendants.
----------------------------------------------------------x

ECF Case

07 Civ. 3377 (CM)

## STIPULATION AND ORDER DISMISSING CLAIM AGAINST DEFENDANT UNITED STATES INTERNAL REVENUE SERVICE

WHEREAS, on February 16, 2007, plaintiff Hwei-In Huang ("Huang") commenced an action in the Supreme Court of the State of New York, County of New York against the defendant United States Internal Revenue Service (the "IRS") and others;

WHEREAS, on April 27, 2007, the IRS removed this action to this Court pursuant to pursuant to 28 U.S.C. §§ 1442, 1444, and 1446;

WHEREAS, Huang's claim against the IRS states that a federal tax lien purported encumbering certain property owned by Huang's in fact does not encumber that property, and seeks a declaratory judgment to that effect;

WHEREAS, subsequent to the commencement and removal of this action the IRS has provided Huang with a certificate of non-attachment stating that the federal tax lien in question does not, in fact, encumber the property in question; and

WHEREAS, Huang and the IRS therefore wish that Huang's claim against the IRS be dismissed from this action with prejudice.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Huang and the IRS, by their respective counsel, as follows:

1. Huang's claim against the IRS is dismissed with prejudice and without costs or attorney's fees to any party.

2. Huang and the IRS understand and agree that this stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
May 22, 2007

John F. McHugh
*Attorney for Plaintiff*

By: _____
JOHN F. MCHUGH (JFM-1240)
6 Water St.
New York, New York 10004
Tel.: (212) 483-0875
Fax: (212) 483-0876

Dated: New York, New York
May 24, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
*Attorney for Defendant IRS*

By: _____
ROBERT WILLIAM YALEN (RY-5861)
Assistant United States Attorney
86 Chambers St., 3rd Floor
New York, NY 10007
Tel. (212) 637-2722
Fax: (212) 637-2687

SO ORDERED.

Dated: New York, New York
May 29, 2007

_____
HON. COLLEEN MCMAHON
United States District Judge