UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HWEI-IN HUANG,

                    Plaintiff,

                                                                      **ECF Case**

   -against-

                                                                         07 Civ. 3377 (CM)

687 WEST 204TH STREET CORPORATION, 251
SEAMAN OWNERS CORP., and THE UNITED
STATES INTERNAL REVENUE SERVICE,

                    Defendants.
------------------------------------------------------------X

## STIPULATION AND ORDER

    Whereas the plaintiff brought this suit in the Civil Court of the City of New York, and

    Whereas the United States removed this case to the United States District Court, and

    Whereas the United States has lifted the tax lien on the plaintiff's property, and

    Whereas 687 West 204th Street Corporation (the "Corporation") has agreed to permit the transfer of the stock and proprietary lease allocated to Unit 1E at 687 West 204th Street from plaintiff and Franz C. Alderfer to plaintiff alone, without imposing any conditions other than payment of the usual attorneys fees incurred by the Corporation, payment of maintenance arrears (if any) and the production of a current lien search report without liens or encumbrances, it is

    AGREED that this action be dismissed with prejudice and without costs as to the Corporation, subject only to reinstitution should the above agreement not be honored.

Dated:  New York, New York
             June 20, 2007

_____       _____
John F. McHugh, Esq.                                Finder Novick Kerrigan LLP
Attorney for Plaintiff                                     By:  Marianna L. Picciocchi, Esq.
6 Water Street, Suite 401                        Attorneys for 687 West 204th Corporation
New York, New York  10004                315 Park Avenue South, 19th Floor
(212)483-0875                                          New York, New York  10010
                                                        (212)989-9100

So Ordered

_____
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Hwei-In-Huang,

        Plaintiff,

  v.

687 West 204th Street Corporation, 251 Seaman
Owners Corp. and The United States Internal
Revenue Service

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ECF Case

07 Civ. 3377 (CM)

RECEIVED
JUN 25 2007

## STIPULATION AND ORDER

Whereas the plaintiff brought suit in the Civil Court of the City of New York; and

Whereas the United States removed this case to the United States District Court; and

Whereas the United States has lifted the tax lien on the plaintiff's cooperative apartment 6B located at 251 Seaman Avenue, New York, New York (hereinafter referred to as the "Unit"); and

Whereas 251 Seaman Owners Corp. (hereinafter referred to as the "Corporation") has agreed to transfer title to the Unit as well as the shares of stock and the proprietary lease allocated to the Unit from the plaintiff and her ex-husband, Franz C. Alderfer, to the plaintiff alone without imposing any conditions other than as follows: (1) the plaintiff will return to the Corporation the original stock certificate and proprietary lease issued to her and her ex-husband; (2) the plaintiff will provide the Corporation with copies of fully executed New York State and New York City Real Property Transfer Tax Returns; (3) the plaintiff's ex-husband *or a surrogate designated by the Court* shall sign and deliver to the Corporation a Stock Power and Assignment of Proprietary Lease; and (4) the plaintiff will pay upon the transfer the usual attorneys fees incurred by the Corporation, it is

AGREED that this action be dismissed with prejudice and without costs as to the plaintiff or 251 Seaman Owners Corp. subject only to reinstitution should the above agreements not be honored.

Dated: New York, New York
       June 22, 2007

_____
John F. McHugh, attorney for the plaintiff

Smith, Buss and Jacobs, LLP
Attorneys for 251 Seaman Owners Corp.

By: _____
Domenick J. Tammaro, Esq.