UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
Hwei-In-Huang,

      Plaintiff,

  v.

687 West 204th Street Corporation, 251 Seaman
Owners Corp. and The United States Internal
Revenue Service

      Defendants.
---------------------------------------- X

ECF Case

07 Civ. 3377 (CM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## STIPULATION AND ORDER

Whereas the plaintiff brought suit in the Civil Court of the City of New York; and

Whereas the United States removed this case to the United States District Court; and

Whereas the United States has lifted the tax lien on the plaintiff's cooperative apartment 6B located at 251 Seaman Avenue, New York, New York (hereinafter referred to as the "Unit"); and

Whereas 251 Seaman Owners Corp. (hereinafter referred to as the "Corporation") has agreed to transfer title to the Unit as well as the shares of stock and the proprietary lease allocated to the Unit from the plaintiff and her ex-husband, Franz C. Alderfer, to the plaintiff alone without imposing any conditions other than as follows: (1) the plaintiff will return to the Corporation the original stock certificate and proprietary lease issued to her and her ex-husband; (2) the plaintiff will provide the Corporation with copies of fully executed New York State and or a surrogate designated by the court New York City Real Property Transfer Tax Returns; (3) the plaintiff's ex-husband shall sign and deliver to the Corporation a Stock Power and Assignment of Proprietary Lease; and (4) the plaintiff will pay upon the transfer the usual attorneys fees incurred by the Corporation, it is

AGREED that this action be dismissed with prejudice and without costs as to the plaintiff or 251 Seaman Owners Corp. subject only to reinstitution should the above agreements not be honored.

Dated: New York, New York
June 22, 2007

John P. McHugh, attorney for the plaintiff

Smith, Buss and Jacobs, LLP
Attorneys for 251 Seaman Owners Corp.

By: Domenick J. Tammaro, Esq.

SO ORDERED:

Hon. Colleen McMahon
United States District Judge