UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HWEI-IN HUANG,

                Plaintiff,

-against-

687 WEST 204TH STREET CORPORATION, 251
SEAMAN OWNERS CORP., and THE UNITED
STATES INTERNAL REVENUE SERVICE,

                Defendants.
-----------------------------------------------------------X


RECEIVED
JUL 13 2007
CHAMBERS OF
COLLEEN McMAHON

ECF Case

07 Civ. 3377 (CM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/07

**STIPULATION AND ORDER**

Whereas the plaintiff brought this suit in the Civil Court of the City of New York, and

Whereas the United States removed this case to the United States District Court, and

Whereas the United States has lifted the tax lien on the plaintiff's property, and

Whereas 687 West 204th Street Corporation (the "Corporation") has agreed to permit the transfer of the stock and proprietary lease allocated to Unit 1E at 687 West 204th Street from plaintiff and Franz C. Alderfer to plaintiff alone, without imposing any conditions other than payment of the usual attorneys fees incurred by the Corporation, payment of maintenance arrears (if any) and the production of a current lien search report without liens or encumbrances, it is

AGREED that this action be dismissed with prejudice and without costs as to the Corporation, subject only to reinstitution should the above agreement not be honored.

Dated:  New York, New York
        June 20, 2007

John E. McHugh, Esq.
Attorney for Plaintiff
6 Water Street, Suite 401
New York, New York 10004
(212)483-0875

Finder Novick Kerrigan LLP
By: Marianna L. Picciocchi, Esq.
Attorneys for 687 West 204th Corporation
315 Park Avenue South, 19th Floor
New York, New York 10010
(212)989-9100

So ordered
Colleen McMahon
7-13-07