UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIAGEO NORTH AMERICA, INC.,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>W.J. DEUTSCH & SONS LTD. d/b/a DEUTSCH FAMILY WINE & SPIRITS, and BARDSTOWN BARREL SELECTIONS LLC,<br><br>Defendants/Counterclaim Plaintiffs. | **ECF CASE**<br><br>Case No. 1:17-cv-04259-LLS<br><br>**APPLICATION PURSUANT TO LOCAL RULE 1.4 FOR PERMISSION TO WITHDRAW AS ATTORNEY-OF-RECORD** |

 I, Nikol Gruning Thompson, am an attorney admitted to practice in the United States District Court for the Southern District of New York. On July 24, 2017, I (along with other attorneys at Arent Fox LLP) made an appearance in the above-captioned case on behalf of Defendants/Counterclaim Plaintiffs W.J. Deutsch & Sons Ltd. d/b/a Deutsch Family Wine & Spirits, and Bardstown Barrel Selections LLC (collectively, "Defendants").

 As of September 14, 2017, I will no longer be associated with Arent Fox. Due to my disassociation from Arent Fox, I will no longer serve as counsel for any of the defendants in this matter. Arent Fox will continue to serve as counsel for defendants through attorneys-of-record Howard Graff, Michael Grow and Asra Syed.  Defendants will therefore suffer no lapse of counsel in this case.

1

Accordingly, pursuant to Local Civil Rule 1.4, I respectfully request that the Court issue an order granting me permission to withdraw as an attorney-of-record for defendants in this case and removing me from all service lists in this case, including the Court's CM/ECF electronic notification list.

Dated: September 13, 2017
New York, New York

                                                 Respectfully submitted,

                                                 /s/ Nikol Gruning Thompson
                                                 Nikol Gruning Thompson
                                                 *Attorney for Defendant/Counterclaim Plaintiffs W.J. Deutsch & Sons LTD, d/b/a Deutsch Family Wine & Spirits, and Bardstown Barrel Selections LLC*